# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

*IN RE:*  CIVIL ACTION

**ANDREW WETZEL**  NO. 17-3617

SECTION: "N"(1)

## O R D E R

The Court, having considered petitioner's motion, the applicable law, and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the instant "Motion for Leave of Court to Proceed as a Sanctioned Plaintiff," Rec. Doc. 3, is **DENIED** and that this matter be **CLOSED** by the Clerk of Court.

**IT IS FURTHER ORDERED** the Petitioner's "Motion to Rule," Rec. Doc. 4, is **DENIED AS MOOT.**

New Orleans, Louisiana, this 15th day of December, 2017.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**